UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DELACRUZ MILO,<br><br>                    Plaintiff,<br><br>          v.<br><br>R. RODRIGUEZ, et al.,<br><br>                    Defendants. | No.  1:21-cv-01188 GSA (PC)<br><br>ORDER ACKNOWLEDGING PLAINTIFF'S REQUEST TO DISMISS DEFENDANTS MORELOCK AND DUNN FROM THIS MATTER<br><br>(ECF No. 11); see Fed. R. Civ. P. 41(a)(1)(A)(i)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE THE CASE CAPTION OF THE DOCKET SO THAT IT IS CONSISTENT WITH PLAINTIFF'S REQUEST |

   Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On November 20, 2025, a response filed by Plaintiff related to how he wished to proceed in this case was docketed.  ECF No. 11.  In it, Plaintiff states that he would like to voluntarily dismiss Defendants Morelock and Dunn from this matter as well as his due process claim.  See id.; see also Fed. R. Civ. P. 41(a)(1)(A)(i).  The Court herein acknowledges Plaintiff's request, and it will direct the Clerk of Court to update the case caption of the docket so that is consistent with it.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Consistent with Fed. R. Civ. P. 41(a)(1)(A)(i), the Court herein ACKNOWLEDGES Plaintiff's request to VOLUNTARILY DISMISS Defendants C. Morelock and T. Dunn from this matter, as well as to dismiss his due process claim, and

2. The Clerk of Court is directed to UPDATE the case caption of the docket so that it reflects Plaintiff's request to voluntarily dismiss these Defendants.

IT IS SO ORDERED.

Dated: **February 24, 2025**              /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE