IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DELACRUZ MILO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>R. RODRIGUEZ, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:21-cv-01188 GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION REQUESTING THE COURT TO SET A SETTLEMENT CONFERENCE DATE<br><br>(ECF No. 18) |

　　Defendants have filed a motion which requests that the Court set a date for a post-screening early ADR settlement conference. ECF No. 18. Having read and considered Defendants' motion, and good cause appearing, Defendants' motion is GRANTED.

　　Via separate orders, the Court will set a date for the settlement conference before a different magistrate judge, and it will issue any appropriate appearance writs.

IT IS SO ORDERED.

　　Dated:  **July 21, 2025**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1