UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DELACRUZ MILO,<br><br>         Plaintiff,<br><br>    v.<br><br>R. RODRIGUEZ, et al.,<br><br>         Defendants. | No.  1:21-cv-01188 GSA (PC)<br><br>ORDER EXTENDING 120-DAY STAY OF PROCEEDINGS SIXTY DAYS<br><br>(See ECF No. 17 at 2)<br><br>ALTERNATIVE DISPUTE RESOLUTION STAY ENDS OCTOBER 13, 2025 |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Currently, this matter has been stayed for 120 days in order to enable the parties to participate in the Court's Post-Screening Early Alternative Dispute Resolution Program.  See ECF No. 17 at 2 (ADR stay order).

On July 22, 2025, based on Defendants' request, their motion to calendar a settlement conference was granted.  ECF No. 19.  Thereafter, the settlement conference was set.  That proceeding will take place on September 12, 2025, at 9:30 a.m. before Chief Magistrate Judge Carolyn K. Delaney.  See ECF No. 20 (minute order stating same).

The Court notes that the end of the 120-day stay in this matter is August 13, 2025.  For this reason the Court will, sua sponte extend the stay of this matter sixty days so that the parties

1

can participate in the September 12, 2025, settlement conference without additional obligation.

Accordingly, IT IS HEREBY ORDERED that the 120-day stay ordered by the Court on April 15, 2025 (see ECF No. 17 at 2), is EXTENDED sixty days.

IT IS SO ORDERED.

Dated:   **August 13, 2025**                              **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

2