UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DELACRUZ MILO,<br><br>Plaintiff,<br><br>v.<br><br>R. RODRIGUEZ, et al.,<br><br>Defendants. | No.  1:21-cv-01188-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE AND STAY OF DEADLINES WITHOUT PREJUDICE<br><br>(ECF No. 39) |

Plaintiff is proceeding in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On February 10, 2026, Plaintiff filed a motion for a continuance and to stay the pending deadlines.  (ECF No. 39.)  Therein, Plaintiff states that he "is currently actively seeking counsel to represent him in this matter [and he] has made diligent efforts to secure representation and anticipates that additional time is necessary to complete the retention process."  (Id. at 1.)

Inasmuch as a notice of appearance and entry of counsel was filed by Jennifer Mikaere Sheetz on behalf of Plaintiff on February 11, 2026, Plaintiff's present motion has been rendered moot and is denied without prejudice.

IT IS SO ORDERED.

Dated:   **March 4, 2026**    

STANLEY A. BOONE
United States Magistrate Judge

1