UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DELACRUZ MILO,<br><br>Plaintiff,<br><br>v.<br><br>R. RODRIGUEZ, et al.,<br><br>Defendants. | No.  1:21-cv-01188-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO STAY ON OR BEFORE **TUESDAY, MARCH 17, 2026**<br><br>(ECF Nos. 44, 45) |

Plaintiff is proceeding in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March 12, 2026, Plaintiff filed a motion to stay the deposition of non-party Tamrin Ramos scheduled for March 18, 2026, at 10:00 a.m. pending resolution of the motion to amend. (ECF No. 44.)

Given the impending deposition, it is HEREBY ORDERED that Defendants shall file a response to Plaintiff's motion to stay on or before **March 17, 2026**.

IT IS SO ORDERED.

Dated:   **March 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1