UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DELACRUZ MILO,<br><br>                    Plaintiff,<br><br>          v.<br><br>R. RODRIGUEZ, et al.,<br><br>                    Defendants. | No.  1:21-cv-01188-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE AND STAY OF DEADLINES WITHOUT PREJUDICE AS MOOT<br><br>(ECF Nos. 44, 45) |

Plaintiff is proceeding in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March 12, 2025, Plaintiff filed a motion to stay or postpone the deposition of Tamrin Razo, and Rule 233 motion for administrative relief to shorten time and temporarily stay the deposition.  (ECF Nos. 44, 45.)  On March 13, 2026, Defendants filed an opposition.  (ECF No. 48.)

Plaintiff seeks to stay or postpone the deposition of non-party Tamrin Razo pending a ruling on his motion to amend the complaint which "materially expands the factual allegations and clarifies the constitutional claims" and "restores defendants previously dismissing during PLRA screening…."  (ECF No. 44 at 3.)

Defendants initially oppose the motion because, for reasons unrelated to Plaintiff's motion to stay, the deposition of Ms. Razo is being rescheduled for April 27, 2026.  (Zalesny Decl. ¶ 2.)

1

Defendants further argue the motion should be denied on the merits because if leave to amend is denied, then Plaintiff's motion for stay fails on its own terms, and Plaintiff's proposed amendment would not change the scope of Ms. Razo's deposition.  (ECF No. 48 at 2.)

Inasmuch as the deposition of Tamrin Razo is being rescheduled from **March 18, 2026**, to **April 27, 2026**, Plaintiff's motion to stay or postpone the deposition has been rendered moot and is DENIED, without prejudice, to renewal if necessary.

IT IS SO ORDERED.

Dated:    **March 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge