UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DELACRUZ MILO,<br><br>             Plaintiff,<br><br>      v.<br><br>R. RODRIGUEZ, et al.,<br><br>             Defendants. | No.  1:21-cv-01188-SAB (PC)<br><br>ORDER RE: STIPULATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 55) |

Plaintiff is proceeding in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On May 18, 2026, the parties submitted a stipulation to modify the discovery and scheduling order.  (ECF No. 55.)

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline is extended from **June 15, 2026, to July 17, 2026**, solely for the purpose of Defendants to take the depositions of Megan McDrew, Sean O'Brien, and Irma Ruiz and for the parties to complete their responses to written discovery.  The discovery deadline is not extended for any other purpose.

IT IS SO ORDERED.

Dated:    **May 19, 2026**    _____

STANLEY A. BOONE
United States Magistrate Judge

1