UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DELACRUZ MILO, | No. 1:21-cv-01188-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | |
| R. RODRIGUEZ, et al., | |
| Defendants. | (ECF No. 76) |

Plaintiff is proceeding in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion for an extension of time to file a response to Plaintiff's first amended complaint, filed July 9, 2026. (ECF No. 76.)

Good cause having been presented, it is HEREBY ORDERED that the deadline for Defendants to file a response to Plaintiff's first amended complaint is extended to **August 24, 2026.**

IT IS SO ORDERED.

Dated:  **July 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1