UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESSIE DELACRUZ MILO,

Plaintiff,

v.

R. RODRIGUEZ, et al.,

Defendants.

No. 1:21-cv-01188-SAB (PC)

ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY

(ECF No. 78)

Plaintiff is proceeding in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the time to respond to Plaintiff's written discovery requests, filed July 15, 2026. (ECF No. 78.)

Good cause having been presented, it is HEREBY ORDERED that the deadline to serve responses to Plaintiff's interrogatories, requests for admission, and requests for production of documents are all hereby extended to **August 17, 2026**.

IT IS SO ORDERED.

Dated: **July 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge