# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESSIE DELACRUZ MILO,

Plaintiff,

v.

R. RODRIGUEZ, et al.,

Defendant.

Case No. 1:21-cv-01188-SAB (PC)

ORDER REGARDING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO SERVE INITIAL EXPERT DISCLOSURE AND REPORT

(ECF No. 81)

Pending before the Court is a stipulation from the parties regarding extending the deadline for Plaintiff to serve initial expert disclosures and report of his retained expert. For good cause shown, the Court hereby APPROVES the stipulation and ORDERS that Plaintiff's deadline to serve the initial expert disclosure and report of his retained expert in CDCR policies and procedures is extended from September 18, 2026, through **September 21, 2026**. All other deadlines established in the Court's June 22, 2026 order (ECF No. 73), remain unchanged.

IT IS SO ORDERED.

Dated: **September 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge