# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DELACRUZ MILO,<br>Plaintiff,<br>v.<br>R. RODRIGUEZ, et al.,<br>Defendants. | Case No. 1:21-cv-01188-SAB (PC)<br>ORDER REGARDING STIPULATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br>(ECF No. 87) |

Pending before the Court is a stipulation from the parties seeking to modify the discovery deadline for the limited purpose of allowing Defendants to take the deposition of Christopher Lesniak. For good cause shown, the Court approves the stipulation and ORDERS that the fact and expert discovery cutoff is extended from November 20, 2026, to December 4, 2026, solely to allow Defendants to take the deposition of Christopher Lesniak. The fact or expert discovery cutoff is not extended for any other purpose.

IT IS SO ORDERED.

Dated: **November 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge