# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DELACRUZ MILO,<br>Plaintiff,<br>v.<br>R. RODRIGUEZ, et al.,<br>Defendants. | Case No. 1:21-cv-01188-SAB (PC)<br><br>ORDER DENYING LEAVE TO FILE OVERSIZED REPLY AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE WITHOUT PREJUDICE<br><br>ORDER CONTINUING HEARING ON MOTION FOR LEAVE TO AMEND<br><br>(ECF Nos. 91, 92) |

This matter is set for a hearing on Plaintiff's second motion for leave to amend on November 18, 2026. On November 16, 2026, Plaintiff timely filed a motion for leave to file an oversized reply, as well as a motion for leave to file supplemental evidence. (ECF Nos. 91, 92.) In the motion for leave to file supplemental evidence, Plaintiff has included approximately 789 pages of evidence. Plaintiff acknowledges that Defendants should have an opportunity to review and object to the evidence, and therefore, Plaintiff has asked the Court to continue the hearing on the motion for leave to file a second amended complaint.

Upon review of the motions and reply, the Court DENIES Plaintiff's motion for leave to file an oversized reply, as well as Plaintiff's motion for leave to file supplemental evidence, without prejudice. (ECF Nos. 91, 92.) The Court has reviewed the reply and finds that there is seemingly no reason for nearly 800 pages of evidence to be filed alongside it; indeed, in the

Court's view, this comes close to a document dump on both Defendants and the Court. Motions for leave to amend are a bread-and-butter motion and rarely require such extreme factual considerations of evidence because the complaint itself should stand on its own, notwithstanding any incorporating documents.

That said, the Court finds it necessary to allow Plaintiff to file a reply in light of this determination. The reply shall be limited to 15 pages, not inclusive of attachments. Should Plaintiff require the aid of supplemental evidence, Plaintiff shall attach only the supplemental evidence relied upon in the reply, which must be **pin cited**. Plaintiff shall file his reply no later than **November 23, 2026**.

Because Plaintiff will almost certainly rely upon supplemental evidence in the reply, the Court will allow for Defendants to file objections to this issue only; the Court will not consider further argument raised regarding the motion for leave to amend. Any objections shall be limited to 15 pages. Due to the intervening court holiday, Defendants shall have through **December 2, 2026**, to file objections.

In light of the foregoing, the Court CONTINUES the hearing on Plaintiff's motion for leave to amend to **December 9, 2026, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **November 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge